UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| THE GERSON INSTITUTE, a California non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>ADAM HUNTINGTON, an individual,<br><br>    Defendants | Case No.: 09CV1429 LAB - POR<br><br>**ORDER OF DISMISSAL OF ACTION AND RETENTION OF JURISDICTION** |
|---|---|

IT IS HEREBY ORDERED that the Amended Joint Motion for Dismissal pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure is **GRANTED**. Plaintiff's First Amended Complaint is **DISMISSED** in its entirety, **WITH PREJUDICE**. U.S. Magistrate Judge Louisa S. Porter shall retain jurisdiction over all disputes between and among the parties arising out of the settlement agreement, including interpretation and enforcement of the terms of the settlement agreement. Each party to bear its own costs and attorney's fees in this action as provided in the Settlement Agreement.

**IT IS SO ORDERED**.

DATED: 4-20-11

_____
Hon. Larry Alan Burns
United States District Judge